UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

DAVID MICHAEL LANE and
JOAN ELIZABETH LANE,

              Debtors

Case No. 10-80348 C-7D

**ORDER SETTING DISCOVERY AND FINAL PRE-TRIAL HEARING**

THIS MATTER CAME ON before the undersigned bankruptcy judge on June 17, 2010, for an initial pre-trial hearing with respect to the motion of the U. S. Bankruptcy Administrator ("BA") to dismiss this case pursuant to 11 U.S.C. § 707(b) of the Bankruptcy Code. Edward C. Boltz appeared on behalf of the Debtors. Counsel for the BA did not appear but had previously contacted counsel for the Debtors and agreed to discovery deadlines, which were represented to the Court. Based on the representations of Debtors' counsel at the scheduling conference as to the agreement reached earlier, it is hereby ORDERED:

    1. The parties shall have through and including September 1, 2010, within which to complete discovery, and any dispositive motions must be filed by September 15, 2010; and

    2. A final pre-trial hearing will be held on the BA's motion to dismiss this case pursuant to § 707(b) on September 16, 2010, at 10:00 a.m., in the Courtroom of the United States Bankruptcy Court, The Venable Center, Dibrell Building - Suite 280, 302 East Pettigrew Street, Durham, North Carolina 27701.

PARTIES TO BE SERVED

Page 1 of 1

10-80348

Michael D. West, Esq.

Edward C. Boltz, Esq.

Sara A. Conti, Esq.