UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   DAVID MICHAEL LANE                                       CASE NO. 10-80348
   JOAN ELIZABETH LANE                                JUDGE CATHARINE R. ARON
   POST OFFICE BOX 768
   MORRISVILLE, NC  27560

   DEBTORS

SSN(1) XXX-XX-4467        SSN(2) XXX-XX-1529        DATE: 03/21/2011

---

REPORT OF FILED CLAIMS

---

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS ** <br> POST OFFICE BOX 981535 <br> EL PASO, TX  79998-1531 | $0.00 <br> INT:  .00% <br> NAME ID: 187885 <br> CLAIM #: 0016 | UNSECURED <br> NOT FILED <br> ACCT: 1572 <br> COMMENT: |
| AMERICAN EXPRESS ** <br> POST OFFICE BOX 981535 <br> EL PASO, TX  79998-1531 | $0.00 <br> INT:  .00% <br> NAME ID: 187885 <br> CLAIM #: 0036 | UNSECURED <br> NOT FILED <br> ACCT: 9981 <br> COMMENT: |
| AMERICAN EXPRESS BANK FSB <br> % BECKET & LEE LLP <br> P O BOX 3001 <br> MALVERN, PA  19355-0701 | $1,300.15 <br> INT:  .00% <br> NAME ID: 111250 <br> CLAIM #:  0010 | UNSECURED <br> <br> ACCT: 1004 <br> COMMENT:  CREDIT CARD DEBT |
| AMERICAN EXPRESS CENTURION BK <br> % BECKET & LEE LLP <br> P O BOX 3001 <br> MALVERN, PA  19355-0701 | $12,279.27 <br> INT:  .00% <br> NAME ID: 47463 <br> CLAIM #:  0011 | UNSECURED <br> <br> ACCT: 1005 <br> COMMENT: |
| AMERICAN HONDA FINANCE CORP <br> P O BOX 168088 <br> IRVING, TX  75016-8088 | $0.00 <br> INT:  .00% <br> NAME ID: 96786 <br> CLAIM #:  0001 | VEHICLE <br> PAID OUTSIDE <br> ACCT: 9143 <br> COMMENT:  04 HONDA ELEMENT/PAY DIRECT |
| BANK OF AMERICA ** <br> POST OFFICE BOX 15019 <br> WILMINGTON, DE  19886-5019 | $0.00 <br> INT:  .00% <br> NAME ID: 184726 <br> CLAIM #:  0012 | UNSECURED <br> NOT FILED <br> ACCT: 6359 <br> COMMENT: |
| BANK OF AMERICA ** <br> POST OFFICE BOX 15019 <br> WILMINGTON, DE  19886-5019 | $0.00 <br> INT:  .00% <br> NAME ID: 184726 <br> CLAIM #:  0013 | UNSECURED <br> NOT FILED <br> ACCT: 6149 <br> COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA **<br>POST OFFICE BOX 15019<br>WILMINGTON, DE  19886-5019 | $0.00<br>INT:  .00%<br>NAME ID:  184726<br>CLAIM #:  0014 | UNSECURED<br>NOT FILED<br>ACCT: 1462<br>COMMENT: |
| BANK OF AMERICA **<br>POST OFFICE BOX 15019<br>WILMINGTON, DE  19886-5019 | $0.00<br>INT:  .00%<br>NAME ID:  184726<br>CLAIM #:  0015 | UNSECURED<br>NOT FILED<br>ACCT: 6950<br>COMMENT: |
| BANK OF AMERICA **<br>POST OFFICE BOX 15019<br>WILMINGTON, DE  19886-5019 | $0.00<br>INT:  .00%<br>NAME ID:  184726<br>CLAIM #:  0017 | UNSECURED<br>NOT FILED<br>ACCT: 5139<br>COMMENT: |
| BENEFICIAL<br>POST OFFICE BOX  17574<br>BALTIMORE, MD  21297 | $0.00<br>INT:  .00%<br>NAME ID:  187607<br>CLAIM #:  0018 | UNSECURED<br>NOT FILED<br>ACCT: 9518<br>COMMENT: |
| CAPITAL ONE ***<br>POST OFFICE BOX 30285<br>SALT LAKE CITY, UT  84130-0285 | $0.00<br>INT:  .00%<br>NAME ID:  183801<br>CLAIM #:  0019 | UNSECURED<br>NOT FILED<br>ACCT: 5287<br>COMMENT: |
| CAPITAL ONE ***<br>POST OFFICE BOX 30285<br>SALT LAKE CITY, UT  84130-0285 | $0.00<br>INT:  .00%<br>NAME ID:  183801<br>CLAIM #:  0020 | UNSECURED<br>NOT FILED<br>ACCT: 9746<br>COMMENT: |
| CHASE BANK USA NA<br>P O BOX 15145<br>WILMINGTON, DE  19850-5145 | $8,831.82<br>INT:  .00%<br>NAME ID:  58491<br>CLAIM #:  0026 | UNSECURED<br><br>ACCT: 5245<br>COMMENT:  CREDIT CARD |
| CHASE BANK USA NA<br>P O BOX 15145<br>WILMINGTON, DE  19850-5145 | $260.71<br>INT:  .00%<br>NAME ID:  58491<br>CLAIM #:  0044 | UNSECURED<br><br>ACCT: 8648<br>COMMENT:  CREDIT CARD |
| CHASE CARDMEMBER SERVICE**<br>POST OFFICE BOX 15298<br>WILMINGTON, DE  19850-5298 | $0.00<br>INT:  .00%<br>NAME ID:  189503<br>CLAIM #:  0022 | UNSECURED<br>NOT FILED<br>ACCT: 2522<br>COMMENT: |
| CHASE CARDMEMBER SERVICE**<br>POST OFFICE BOX 15298<br>WILMINGTON, DE  19850-5298 | $0.00<br>INT:  .00%<br>NAME ID:  189503<br>CLAIM #:  0024 | UNSECURED<br>NOT FILED<br>ACCT: 9413<br>COMMENT: |
| CHASE CARDMEMBER SERVICE**<br>POST OFFICE BOX 15298<br>WILMINGTON, DE  19850-5298 | $0.00<br>INT:  .00%<br>NAME ID:  189503<br>CLAIM #:  0039 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CR EVERGREEN LLC<br>MS 550<br>P O BOX 91121<br>SEATTLE, WA  98111-9221 | $16,812.74<br>INT:  .00%<br>NAME ID:  186486<br>CLAIM #:  0023 | UNSECURED<br><br>ACCT: 6149<br>COMMENT:  CHASE BANK USA |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CR EVERGREEN LLC<br>MS 550<br>P O BOX 91121<br>SEATTLE, WA 98111-9221 | $1,415.28<br>INT: .00%<br>NAME ID: 186486<br>CLAIM #: 0025 | UNSECURED<br><br>ACCT: 8328<br>COMMENT: CHASE BANK USA |
| CREDIT BUREAU<br>POST OFFICE BOX 26140<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 183804<br>CLAIM #: 0029 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER FINANCIAL SERVICES<br>P O BOX 3025<br>NEW ALBANY, OH 43054-3025 | $5,437.95<br>INT: .00%<br>NAME ID: 96188<br>CLAIM #: 0030 | UNSECURED<br><br>ACCT: 6642<br>COMMENT: CREDIT CARD |
| DISCOVER BANK<br>DISCOVER FINANCIAL SERVICES<br>P O BOX 3025<br>NEW ALBANY, OH 43054-3025 | $5,989.25<br>INT: .00%<br>NAME ID: 96188<br>CLAIM #: 0031 | UNSECURED<br><br>ACCT: 1238<br>COMMENT: CREDIT CARD |
| DURHAM CITY/COUNTY TAX OFFICE<br>200 E MAIN STREET 1ST FLOOR<br>P O BOX 3397<br>DURHAM, NC 27702 | $0.00<br>INT: .00%<br>NAME ID: 635<br>CLAIM #: 0002 | SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: REAL PROPERTY TAX |
| DURHAM COUNTY REGISTER OF DEED<br>COUNTY JUDICIAL BUILDING<br>DURHAM, NC 27702 | $28.00<br>INT: .00%<br>NAME ID: 3044<br>CLAIM #: 0045 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: RECORD NOTICE |
| DURHAM COUNTY TAX COLLECTOR<br>POST OFFICE BOX 3397<br>DURHAM, NC 27701 | $0.00<br>INT: .00%<br>NAME ID: 195496<br>CLAIM #: 0004 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ECAST SETTLEMENT CORPORATION<br>P O BOX 29262<br>NEW YORK, NY 10087-9262 | $6,826.67<br>INT: .00%<br>NAME ID: 197170<br>CLAIM #: 0021 | UNSECURED<br><br>ACCT: 2762<br>COMMENT: CHASE/WAMU |
| EMPLOYMENT SECURITY COMMISSION<br>ATTN: BENEFIT PAYMENT CONTROL<br>POST OFFICE BOX 26504<br>RALEIGH, NC 27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 183807<br>CLAIM #: 0032 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EQUIFAX INFORMATION SYSTEMS LLC<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 | $0.00<br>INT: .00%<br>NAME ID: 183808<br>CLAIM #: 0040 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXPERIAN<br>P.O. BOX 2002<br>ALLEN, TX 75013-2002 | $0.00<br>INT: .00%<br>NAME ID: 183809<br>CLAIM #: 0041 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | $5,357.80<br>INT: .00%<br>NAME ID: 105162<br>CLAIM #: 0033 | UNSECURED<br><br>ACCT: 6588<br>COMMENT: LOWES |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| HOME DEPOT CREDIT SERVICES*** POST OFFICE BOX 653000 DALLAS, TX 75265-3000 | $0.00 INT: .00% NAME ID: 191179 CLAIM #: 0034 | UNSECURED NOT FILED ACCT: 0580 COMMENT: |
| HSBC CARDMEMBER SERVICES** PO BOX 5250 CAROL STREAM, IL 60197-5250 | $0.00 INT: .00% NAME ID: 198957 CLAIM #: 0037 | UNSECURED NOT FILED ACCT: 6108 COMMENT: |
| INNOVIS DATA SOLUTIONS ATTN: CONSUMER ASSISTANCE P.O. BOX 1534 COLUMBUS, OH 43216-1534 | $0.00 INT: .00% NAME ID: 183812 CLAIM #: 0042 | NOTICES ONLY NOT FILED ACCT: COMMENT: |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P O BOX 7346 PHILADELPHIA, PA 19101-7346 | $0.00 INT: .00% NAME ID: 399 CLAIM #: 0005 | PRIORITY NOT FILED ACCT: COMMENT: |
| NORTH CAROLINA DEPARTMENT OF REVENUE C/O NC DEPARTMENT OF JUSTICE POST OFFICE BOX 629 RALEIGH, NC 27602-0629 | $0.00 INT: .00% NAME ID: 183818 CLAIM #: 0008 | NOTICES ONLY NOT FILED ACCT: COMMENT: REP:NC DEPT OF REV |
| NORTH CAROLINA DEPARTMENT OF REVENUE C/O REGINALD S. HINTON POST OFFICE BOX 25000 RALEIGH, NC 27640-5000 | $0.00 INT: .00% NAME ID: 183997 CLAIM #: 0009 | NOTICES ONLY NOT FILED ACCT: COMMENT: REP:NC DEPT OF REV |
| NORTH CAROLINA DEPT OF REVENUE** POST OFFICE BOX 1168 RALEIGH, NC 27602-1168 | $0.00 INT: .00% NAME ID: 183998 CLAIM #: 0007 | PRIORITY NOT FILED ACCT: COMMENT: |
| ORCHARD BANK** C/O HSBC CARD SERVICES POST OFFICE BOX 80084 SALINAS, CA 93912-0084 | $0.00 INT: .00% NAME ID: 187326 CLAIM #: 0038 | UNSECURED NOT FILED ACCT: 3746 COMMENT: |
| PYOD LLC ASSIGNS % RESURGENT CAPITAL SERVS P O BOX 19008 GREENVILLE, SC 29602 | $13,576.69 INT: .00% NAME ID: 93545 CLAIM #: 0027 | UNSECURED ACCT: 4190 COMMENT: CITIBANK |
| PYOD LLC ASSIGNS % RESURGENT CAPITAL SERVS P O BOX 19008 GREENVILLE, SC 29602 | $17,745.98 INT: .00% NAME ID: 93545 CLAIM #: 0028 | UNSECURED ACCT: 8214 COMMENT: CITIBANK |
| PYOD LLC ASSIGNS % RESURGENT CAPITAL SERVS P O BOX 19008 GREENVILLE, SC 29602 | $354.29 INT: .00% NAME ID: 93545 CLAIM #: 0035 | UNSECURED ACCT: 7354 COMMENT: CITIBANK/HOME DEPOT |
| SUNTRUST MORTGAGE, INC. POST OFFICE BOX 27767 RICHMOND, VA 23261 | $0.00 INT: .00% NAME ID: 206657 CLAIM #: 0003 | SECURED PAID OUTSIDE ACCT: 3828 COMMENT: 1ST DT/RES/PAY DIRECT |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TRANS UNION CORPORATION<br>P.O. BOX 2000<br>CRUM LYNNE, PA  19022-2000 | $0.00<br>INT:  .00%<br>NAME ID:  183823<br>CLAIM #:  0043 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US ATTORNEY'S OFFICE (MD)**<br>MIDDLE DISTRICT<br>POST OFFICE BOX 1858<br>GREENSBORO, NC  27502-1858 | $0.00<br>INT:  .00%<br>NAME ID:  185373<br>CLAIM #:  0006 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:IRS |
| **TOTAL:** | **$96,216.60** | |
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $0.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC  27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/21/2011

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Lindsay West
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc:  Debtors
Attorney for Debtors